UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GREGORY MAVERICK HILTON, )
)
    Plaintiff, )
)
v. )   Case No. CV413-145
)
CAROLYN W. COLVIN, )
*Commissioner of the Social Security* )
*Administration*, )
)
    Defendant. )

## REPORT AND RECOMMENDATION

Proceeding *pro se*, Gregory Maverick Hilton seeks judicial review of a Social Security Administration's administrative ruling denying his social security disability claim. Doc. 1. In its prior order, however, the Court noted its lack of subject matter jurisdiction because Hilton failed to cite to a final decision as required by 42 U.S.C. § 405(g). Doc. 2. In other words, he failed to show that he administratively exhausted his claim. *Id.* He also failed to show that he sought judicial review within 60 days of the final decision denying him benefits. *Id.* at 2-3. So the Court gave him a second chance to make that showing. *Id.* at 3-4.

Hilton has responded with his copy of the administrative record. Doc. 3. It shows that he meets the "final decision" and 60-day requirements.[1] Accordingly, the Court has subject matter jurisdiction over this case, but plaintiff is reminded that he must serve the Commissioner within 120 days of the date he filed his complaint. Fed. R. Civ. P. 4(m), by (1) delivering (or sending by registered or certified mail) a copy of the summons and complaint to the United States Attorney for this district, and (2) sending a copy of the summons and complaint by registered or certified mail to both the Attorney General of the United States at Washington, D.C. and the Commissioner of Social Security.[2]

**SO ORDERED** this 17th day of July, 2013.

UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1] *See* doc. 3 at 2 (April 15, 2010 initial denial); *id.* at 3 at 6 (his May 25, 2010 administrative appeal); *id.* at 7 (October 5, 2010 denial); *id.* at 12 (his October 18, 2010 request for reconsideration); *id.* at 13 (November 23, 2010 grant of request for a hearing); *id.* at 15 (September 26, 2011, hearing notice); *id.* at 23 (November 8, 2011 hearing reminder notice); *id.* at 28 (January 4, 2012, notice of adverse decision); *id.* at 41 (January 14, 2013 administrative appeal); *id.* at 42 (June 10, 2013, denial by Appeals Council).

[2] Fed. R. Civ. P. 4(i)(1), (2); *see Brown v. Commissioner of Social Sec.*, 2013 WL 3189038 at * 2 (D. Neb. June 21, 2013); *Weaver v. Astrue*, 2012 WL 4718565 at * 1 (N.D. Ohio Sept. 25, 2012). (A plaintiff "must serve (1) the United States Attorney for the district in which the action is brought; (2) the Attorney General of the United States; and (3) the Commissioner of Social Security.").