# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| GREGORY MAVERICK HILTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV413-145 |
| ) | |
| Carolyn W. Colvin, ) | |
| *Commissioner of the Social Security* ) | |
| *Administration*, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Proceeding *pro se*, Gregory Maverick Hilton seeks judicial review of a Social Security Administration's administrative ruling denying his social security disability claim. Doc. 1. In a prior order, the Court dealt with filing deficiencies and also warned Hiltion "that he must serve the Commissioner within 120 days of the date he filed his complaint. Fed. R. Civ. P. 4(m)." Doc. 5 at 2. He filed his complaint on June 17, 2013. Doc. 1. Hilton thus must show, within 14 days of the date this Order is

served, why his case should not be dismissed for violating Fed. R. Civ. P. 4(m).

**SO ORDERED**, this 10?? day of October, 2013.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA