FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 JAN 31 PM 3:16
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GREGORY MAVERICK HILTON, )
)
    Plaintiff, )
)
v. ) CASE NO. CV413-145
)
CAROLYN W. COLVIN, )
Commissioner of the Social )
Security Administration, )
)
    Defendant. )
)

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 15), to which a response has been filed (Doc. 17). After a careful de novo review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case with the following modification: Plaintiff's appeal is **DISMISSED WITHOUT PREJUDICE.** The Clerk of Court is **DIRECTED** to close this case.

In his response, Plaintiff outlines how he attempted to serve Defendant, but fails to address the Magistrate Judge's contention that Plaintiff did not adequately articulate how he became disabled. This failure is fatal to Plaintiff's appeal and necessitates its dismissal. However, this Court will dismiss Plaintiff's claim without

prejudice, leaving open the possibility that he may file a proper appeal that corrects the deficiencies present in this case.

SO ORDERED this 31ST day of January 2014.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA