FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2014 MAR 31 PM 3: 10

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

GREGORY MAVERICK HILTON,      )
                              )
        Plaintiff,            )
                              )
v.                            )      CASE NO. CV413-145
                              )
CAROLYN W. COLVIN,            )
Commissioner of the Social    )
Security Administration,      )
                              )
        Defendant.            )
                              )

### O R D E R

Before the Court is Plaintiff Gregory Maverick Hilton's Response (Doc. 20) to this Court's Order (Doc. 18) adopting the Magistrate Judge's Report and Recommendation (Doc. 15) and dismissing his case without prejudice. In its previous order, the Court adopted the Report and Recommendation because "Plaintiff did not adequately articulate how he became disabled." (Doc. 18 at 1.) In this response, Plaintiff states that the "following information is the best that I can offer the court to articulate how I became disabled." (Doc. 20 at 1.)

Because the Court has previously dismissed this case, the Court will construe Plaintiff's response as a Motion for Reconsideration. After carefully reviewing Plaintiff's motion, however, the Court can find no reason to disturb its prior order. While Plaintiff states that he was struck

on the head during the course of a robbery and suffers both difficulty concentrating and short term memory loss (id. at 4), he offers no information as to how this has rendered him disabled. Moreover, Plaintiff maintains that he was given a valid medical certificate and continued his employment. (Id.) In short, consideration of the information provided by Plaintiff in his response would not serve to alter this Court's conclusion concerning the Magistrate Judge's Report and Recommendation. Accordingly, Plaintiff's construed Motion for Reconsideration must be **DENIED**.

SO ORDERED this 31ST day of March 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA